TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00423-CR


NO. 03-06-00424-CR


NO. 03-06-00425-CR





 

Charles Sparks, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NOS. D-1-DC-05-904027, D-1-DC-05-904031 & D-1-DC-05-904032


HONORABLE BRENDA KENNEDY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Walter C. Prentice, is ordered to tender a brief in this cause no later than December 29, 2006. 
No further extension of time will be granted.

It is ordered November 30, 2006


Before Justices B. A. Smith, Pemberton and Waldrop

Do Not Publish